# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

SHAWN BRIAN COOK,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-10-5073-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 22 day of August, 2011.

JAMES R. LARSEN
District Court Executive/Clerk

by:    s/Pamela A. Howard
            Deputy Clerk

cc: all counsel